# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
September 19, 2013

Lyle W. Cayce
Clerk

No. 13-10010
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff–Appellee,

versus

WESLEY JOE CROSSLIN, Also Known as Joe Wesley Crosslin,

Defendant–Appellant.

Appeal from the United States District Court
for the Northern District of Texas
No. 4:96-CR-131-1

Before JONES, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Wesley Crosslin has

moved for leave to withdraw and has filed a brief in accordance with *Anders v.*

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011).  Crosslin has not filed a response.  We have reviewed counsel's brief and the relevant portions of the record reflected therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.